IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.                                   CIV 12-0801 MCA/KBM
                                      CR 09-2054 MCA

NATHAN DeBREW, Sr.

    Defendant-Movant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS

The Chief Magistrate Judge filed proposed findings on November 2, 2012 which recommended that Defendant's § 2255 petition be denied. *See Doc. 14.* The proposed findings notify Petitioner of his ability to file objections and that failure to do so waives appellate review. To-date, Petitioner has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

Wherefore,

**IT IS HEREBY ORDERED THAT:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (*Doc. 11* in the civil action and *Doc. 230* in the underlying criminal action) is ADOPTED;

2. The § 2255 petition (*Doc. 1* in the civil action and *Doc. 222* in the underlying criminal action) is DENIED; and

3. A final order enter concurrently herewith.

_____
CHIEF UNITED STATES DISTRICT JUDGE